JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>SHEA SAENGER,<br><br>        Defendant. | NO. CR11-00223RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release. The Court having reviewed the motion, files and records herein, and there being no opposition filed by the Government,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Ms. Saenger's supervised release is warranted by the conduct of Ms. Saenger and in the interests of justice.

Accordingly, it is ORDERED that Defendant's Motion (Dkt. #38) is GRANTED. The term of supervised release for Ms. Saenger shall be terminated, effective immediately.

DATED this 9th day of February, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR
EARLY TERMINATION OF SUPERVISED
RELEASE - 1
(*Shea Saenger,* CR11-223RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**